IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A §
MEMBER OF THE BAR OF § No. 149, 2021
THE SUPREME COURT OF §
DELAWARE: § Board Case No. 114915-R
§
ROBERT S. BRIA, §
§
       Petitioner.

Submitted: May 19, 2021
Decided: May 27, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## ORDER

It appears to the Court that:

(1) On February 27, 2014, this Court suspended the petitioner, Robert S. Bria, from the practice of law in Delaware for six months and one day beginning March 4, 2014 and ending September 5, 2014.[1] On January 26, 2021, Bria filed his petition for reinstatement. The Office of Disciplinary Counsel ("ODC") supported Bria's petition for reinstatement, subject to conditions.

(2) The Board on Professional Responsibility held a hearing on Bria's petition, and filed its report and recommendation ("Report and

---

[1] *In re Bria*, 2014 WL 812451 (Del. Feb. 27, 2014).

Recommendation") with this Court on May 13, 2021. The Board recommends that Bria be reinstated subject to the joint stipulated conditions proffered by Bria and the ODC. The ODC and Bria have informed the Court that they will not be filing any objections to the Report and Recommendation.

(3) The Court has reviewed the Report and Recommendation carefully. The Court has determined that the Board's Report and Recommendation should be adopted in its entirety.

NOW, THEREFORE, IT IS ORDERED that the Board's Report and Recommendation ("Exhibit A") is ACCEPTED. Robert S. Bria, Esquire, shall be reinstated, effective immediately, as a member of the Bar of this Court, subject to the following conditions:

(1) He shall attend approved continuing legal education courses totaling 24 credit hours including 4 hours of Enhanced Ethics, as required as an active member of the Delaware Bar, by the end of his reporting period, December 31, 2022; and

(2) His reinstatement is subject to a two-year probation period during which time he shall perform the following:

(a) He shall continue his participation in monitoring by DE-LAP;

2

(b) He shall continue his treatment with Ms. O'Brien and to comply with her treatment instructions;

(c) He shall fully cooperate with the ODC in monitoring compliance with terms of probation;

(d) He shall not engage in the practice of law as a solo practitioner or serve as the managing attorney of any firm for a two-year period following reinstatement; and

(e) He shall notify the ODC within five (5) business days of any change in employment or if he ceases working as an attorney. Should he cease working as an attorney during the two-year probation period, the duration of such probation shall toll until he resumes appropriate employment.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice

3